# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON LEON FREEMAN, | CASE NO. 1:09-cv-02245-DLB (PC) |
| Plaintiff, | ORDER DENYING MOTION REQUESTING FUNDS |
| v. | (DOC. 5) |
| JULIOUS, et al., | |
| Defendants. | |

Plaintiff Travon Leon Freeman ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action. On January 11, 2010, Plaintiff filed a motion requesting a total of $2,500 from the Court. Plaintiff seeks funds to hire a private investigator and paralegal. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989) (per curiam) (citations omitted). The in forma pauperis statute does not authorize the expenditure of public funds for Plaintiff to hire a private investigator and paralegal. 28 U.S.C. § 1915. Accordingly, Plaintiff's request is DENIED.

IT IS SO ORDERED.

Dated:   **August 13, 2010**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1